**E-FILED on**   04/17/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILFRED ROQUE<br><br>       Plaintiff,<br><br>    v.<br><br>SUNTRUST MORTGAGE, INC., GMAC MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC,<br><br>       Defendants. | No. C-09-00040 RMW<br><br>ORDER GRANTING MOTIONS TO DISMISS<br><br>**[Re Docket Nos. 9, 19, 23]** |

    For the reasons stated at the hearing, the court grants the motions to dismiss. Plaintiff shall have 20 days leave to amend.

DATED:     04/17/09                       *Ronald M Whyte*

                                                            RONALD M. WHYTE<br>                                                            United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Reuben Lagbao Nocos        rlnocos@nocoslaw.com

**Counsel for Defendants:**

Harold R. Jones            hrj@severson.com
John B. Sullivan           jbs@severson.com
Regina Jill McClendon, Esq. rjm@severson.com
Glenn Harlan Wechsler      glenn@glennwechsler.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     04/17/09                    JAS
                                  **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER GRANTING MOTIONS TO DISMISS—No. C-09-00040 RMW
JAS                                                    2