1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   HAROLD R. JONES (State Bar No. 209266)
3  hrj@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111
   Telephone:  (415) 398-3344         ***E-FILED - 7/30/09***
6  Facsimile:  (415) 956-0439

7  Attorneys for Defendant
   SUNTRUST MORTGAGE, INC.
8

9                UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

11

12 WILFRED ROQUE,                     Case No.:   CV 09-00040 RMW

13         Plaintiff,
                                      **[] ORDER CONTINUING
14   vs.                              CASE MANAGEMENT CONFERENCE**

15 SUNTRUST MORTGAGE, INC.; GMAC
   MORTGAGE; MORTGAGE ELECTRONIC
16 REGISTRATION SYSTEMS, INC.; and DOES
   1 through 25, inclusive,
17
           Defendants.
18

19

20     PURSUANT TO STIPULATION IT IS SO ORDERED that the July 31, 2009 Case

21 Management Conference in this matter is continued to October 2, 2009 at 10:30 a.m.

22
                                           *Ronald M. Whyte*
23 DATED:  __7/30/09_____      By:_____
                                       Ronald M. Whyte
24                                     United States District Judge

25

26

27

28

---

11950/0011/748185.1                          [] ORDER CONTINUING
                                      CASE MANAGEMENT CONFERENCE