UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | | |
|---|---|---|
| | | DATE: October 2, 2009 |
| Case No. C-09-00040-RMW | JUDGE: Ronald M. Whyte | TIME IN: *10 mins.* |

WILFRED ROQUE          -V- SUNTRUST MORTGAGE, INC., et al.
Title

| | |
|---|---|
| R. Nocos | L. Harris & H. Jones |
| Attorneys Present (Plaintiff) | Attorneys Present (Defendant) |
| COURT CLERK: Jackie Garcia | COURT REPORTER: Lee-Anne Shortridge |

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from the partes. The Court's tentative ruling is to grant the motion to dismiss. The complaint fails to state facts that show any wrongdoing by any specific defendant and fails to allege that plaintiff is current on his loan obligation. The Court to issue a final ruling to the parties. The Court vacated the CMC that was set for today. The matter is deemed submitted.