**E-FILED on** 2/22/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILFRED ROQUE<br><br>    Plaintiff,<br><br>    v.<br><br>SUNTRUST MORTGAGE, INC., GMAC MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>    Defendants. | No. C-09-00040 RMW<br><br><br>JUDGMENT |

On February 9, 2010, the court dismissed all claims in this action with prejudice. Therefore, it is hereby ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED: 2/9/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-09-00040 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Reuben Lagbao Nocos          rlnocos@nocoslaw.com

**Counsel for Defendants:**

Harold R. Jones          hrj@severson.com
John B. Sullivan          jbs@severson.com
Regina Jill McClendon , Esq.      rjm@severson.com
Glenn Harlan Wechsler        glenn@glennwechsler.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/22/10                              CCL
                                                         **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California