**E-FILED on**   2/22/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILFRED ROQUE | No. C-09-00040 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| SUNTRUST MORTGAGE, INC., GMAC MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Defendants. | |

On February 9, 2010, the court dismissed all claims in this action with prejudice. Therefore, it is hereby ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:     2/9/10

RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-09-00040 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Reuben Lagbao Nocos  rlnocos@nocoslaw.com

**Counsel for Defendants:**

Harold R. Jones  hrj@severson.com
John B. Sullivan  jbs@severson.com
Regina Jill McClendon , Esq.  rjm@severson.com
Glenn Harlan Wechsler  glenn@glennwechsler.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   2/22/10                                      CCL
                                                          **Chambers of Judge Whyte**

JUDGMENT
No. C-09-00040 RMW
CCL                                    2

*United States District Court*
*For the Northern District of California*